```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DANIEL BOWEN,                                               :
                                                            :
                              Plaintiff,                    :
                                                            :           19-CV-10765 (VSB)
                -against-                                   :
                                                            :              ORDER
COHEN'S GENERAL DENTAL, PLLC, et al.,                       :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed an amended complaint on March 6, 2020, and served Defendant Tommy's West 231st Realties Inc. on March 10, 2020.  (Docs. 15, 19.)  The deadline for Defendant Tommy's West 231st Realties Inc. to respond to Plaintiff's complaint was March 31, 2020.  (*See* Doc. 19.)  To date, Defendant Tommy's West 231st Realties Inc. has not appeared or responded to the amended complaint.  Plaintiff, however, has taken no action to prosecute this case.  Plaintiff shall file a status update no later than June 19, 2020, apprising the court of Plaintiff's intent to continue prosecuting this case against Defendant Tommy's West 231st Realties Inc.

SO ORDERED.

Dated:    June 2, 2020
           New York, New York

                                                      Vernon S. Broderick
                                                      United States District Judge